Commonwealth *v.* Ayres, Appellant.

Argued April 9, 1974. *Charles C. Gentile,* with him *William E. Duffield,* for appellant; *Joseph E. Ferens, Jr.,* Assistant District Attorney, with him *Conrad B. Capuzzi,* Assistant District Attorney, and *Lawrence D. McDaniel,* Acting District Attorney, for Commonwealth, appellee.

Order affirmed.